**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**BERNARD C. MCCORMICK,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-4944-AW-ZCB**

**RICKY DIXON, et al.,**

**Defendants.**

_______________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation (ECF No. 12), which concludes the court should dismiss without prejudice based on Plaintiff's failure to accurately disclose his litigation history, a failure that constitutes a violation of this court's local rules. Plaintiff has not filed any objection to the report and recommendation. Having considered the matter, I have concluded dismissal is appropriate.

I now adopt the report and recommendation and incorporate it into this order. The case will be dismissed. The motion for preliminary injunction (ECF No. 13) is DENIED as moot. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on November 9, 2026.

s/ *Allen Winsor*
Chief United States District Judge